# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL DOCKET NO. 2:93CR71-11

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOHN DAVID WHITE ) | |

**THIS MATTER** is before the Court on Defendant's motion for termination of supervised release.

The Court has been advised by the Defendant's supervising probation officer that Defendant has complied with all conditions of his release to date and the probation officer has no objections to the motion. Additionally, the United States has no objections to the termination of supervised release. *See* **Response to Defendant's Motion to Terminate Supervised Release, filed June 23, 2005.**

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for termination of supervised release is **ALLOWED**, and the Defendant's term of supervised release is hereby **TERMINATED.**

**Signed: June 23, 2005**

*[signature]*

Lacy H. Thornburg
United States District Judge